UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

NOT FOR PUBLICATION

| | |
|---|---|
| RICHARD POSSUMATO, JR., and GINA POSSUMATO, his wife, | Civil Action No. 14-cv-0155 (SRC)(CLW) |
| Plaintiffs, | |
| v. | OPINION |
| LOUIS B. JONES, JR., | |
| Defendant. | |

**CHESLER**, District Judge

This matter comes before the Court upon the motion by Plaintiffs Richard Possumato, Jr., and Gina Possumato ("Plaintiffs") for default judgment as to Defendant Louis B. Jones, Jr. (Docket Entry No. 16), which the Court granted as to the issue of liability by Order dated December 10, 2016 (Docket Entry No. 17). In the Court's December 10, 2016, Order, the Court directed that the amount of damages be determined at a hearing before Magistrate Judge Cathy L. Waldor, pursuant to Fed. R. Civ. P. 55(b)(2) and 28 U.S.C. § 636(b)(1)(B).

Magistrate Judge Waldor held a proof hearing on June 20, 2016, and requested submissions from the parties. On November 4, 2016, Magistrate Judge Waldor issued a Report and Recommendation ("R&R"), pursuant to Fed. R. Civ. P. 72(b), L. Civ. R. 72.1(a)(2), and 28 U.S.C. § 636(b)(1)(B). (Docket Entry No. 24.) The R&R recommends that the Court award Plaintiffs a judgment in the amount of $50,000.00.

Title 28 U.S.C. § 636(b)(1)(C) provides that, within ten days of service of a magistrate judge's recommended disposition, any party to an action may file specific written objections to

the magistrate judge's proposed findings and recommendations. The statute also provides that a district judge must conduct a de novo review of those portions of the magistrate judge's R&R to which objection is made.  The time for filing objections to Magistrate Judge Waldor's R&R expired on November 18, 2016.  To date, no objections have been filed.

This Court has reviewed the November 4, 2016, R&R under the appropriate standards, and it agrees with Magistrate Judge Waldor's analysis and conclusion.  Therefore, the November 4, 2016, R&R is hereby adopted as the Opinion of the Court.  The Court will enter default judgment in favor of Plaintiffs in the amount of $50,000.00, plus post-judgment interest.  An appropriate Judgment shall be entered.

                /s Stanley R. Chesler
                STANLEY R. CHESLER
                United States District Judge

Dated: February 21, 2017